DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES STRADER,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D22-1109

_____

September 1, 2023

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Ronald J. Filipkowski, Sarasota, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Katherine Coombs Cline, Assistant Attorney General; Taylor A. Schell, Assistant Attorney General, Tampa) substituted as counsel of record), for Appellee.

PER CURIAM.

   Affirmed.

BLACK, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.